PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

## FOR THE DISTRICT OF

## NEVADA

UNITED STATES OF AMERICA

     v.

Chanal Aubrey

Crim No.  **2:20CR00298**

On July 28, 2021 the above named was placed on supervised release for a period of three (3) years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release.  It is accordingly recommended that she be discharged from supervised release.

          Respectfully submitted,

_____

Briana Casey
United States Probation Officer Assistant

### ORDER OF THE COURT

     Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

     Dated this 14th day of  August, 2023

_____

Andrew P. Gordon
United States District Judge